FILED

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. ODEMWINGIE EGONMWAN | **CASE NUMBER:** CR 22-00001 SI |
| **Is This Case Under Seal?** | Yes ✔ No |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Ankur Shingal | **Date Submitted:** 1/5/2022 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

ODEMWINGIE EGONMWAN

DEFENDANT(S).

**FILED**

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## INDICTMENT

18 U.S.C. § 1343 – Wire Fraud;

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this  5th  day of

January 2022

/s/ M Jock
Clerk

/s/ Sallie Kim

Bail, $ Warrant & Summons

Hon. Sallie Kim, U.S. Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR22-00001 SI |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
|  | ) 18 U.S.C. § 1343 – Wire Fraud; |
| ODEMWINGIE EGONMWAN, | ) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – |
|  | ) Forfeiture Allegation |
| Defendant. | ) |
|  | ) SAN FRANCISCO |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. Defendant ODEMWINGIE EGONMWAN resided in or around Hayward, California.

2. Victim Twilio, Inc. is a technology company based in San Francisco, California.

3. Silicon Valley Bank ("SVB") is a commercial banking company that issued Twilio's MasterCard pertinent to this scheme.

4. MasterCard is a financial services company that administers Twilio's credit card point redemption program.

5. cxLoyalty Group ("CX") is a rewards company that contracts with MasterCard to

INDICTMENT

administer MasterCard's reward program.

COUNTS ONE THROUGH THREE:        (18 U.S.C. § 1343 – Wire Fraud)

6. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set forth here.

7. Beginning on or about July 2015 and continuing through on or about November 2018, in the Northern District of California and elsewhere, the defendant,

**ODEMWINGIE EGONMWAN,**

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts.

### THE SCHEME AND ARTIFICE TO DEFRAUD

8. EGONMWAN participated in, devised, and intended to devise a fraudulent scheme whereby he used his position as an Accounting Manager at Twilio to fraudulently redeem Twilio's credit card points for personal use, including luxury flights and hotels. EGONMWAN's fraudulent use of Twilio's points continued after he had officially left the company in or about October 2017, and continued through on or about November 2018. At no point did EGONMWAN have authority from Twilio to book personal travel for himself or anyone else via MasterCard's travel portal using Twilio's points. In fact, Twilio's company policy never permitted use of its credit card points for travel. EGONMWAN's fraudulent use of the credit card points in turn denied Twilio the ability to use the points for its own authorized purposes.

9. In furtherance of EGONMWAN's scheme, EGONMWAN made material false statements, misrepresentations, and omissions by engaging in the acts listed below, among others:

    a. EGONMWAN did not disclose his personal use of Twilio's credit card points to Twilio, MasterCard, SVB, or CX;

    b. EGONMWAN concealed his scheme by having correspondence from MasterCard (via CX) related to his fraudulent purchases sent to his personal email address;

INDICTMENT                          2

      c.  EGONMWAN falsely and impliedly represented to MasterCard that he was authorized to use Twilio's credit card points.

10. In total, EGONMWAN is believed to have embezzled at least approximately 27 million credit card points from Twilio, worth at least approximately $270,000.

## THE USE OF THE WIRES/EXECUTION OF THE SCHEME

On or about the dates set forth in separate counts below, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the defendant,

**ODEMWINGIE EGONMWAN,**

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, wire communications as set forth below:

| COUNT | DATE | DESCRIPTION |
| --- | --- | --- |
| ONE | On or about January 16, 2018 | A travel redemption confirmation email for Trip ID #24301788 sent from CX's servers located in Minnesota to EGONMWAN's Yahoo email address, with Yahoo servers located in either New York or California. |
| TWO | On or about July 28, 2018 | A travel redemption confirmation email for Trip ID #26817352 sent from CX's servers located in Minnesota to EGONMWAN's Yahoo email address, with Yahoo servers located in either New York or California. |
| THREE | On or about November 2, 2018 | A travel redemption confirmation email for Trip ID #28447666 sent from CX's servers located in Minnesota to EGONMWAN's Yahoo email address, with Yahoo servers located in either New York or California. |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

INDICTMENT                                3

Upon conviction for any of the offenses set forth in this Indictment, the defendant,

ODEMWINGIE EGONMWAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to money and property taken by EGONMWAN and/or a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: January 5, 2022                                          A TRUE BILL.


                                                                 /s/_____
                                                                 FOREPERSON

STEPHANIE M. HINDS
United States Attorney

*Ankur Shingal*
ANKUR SHINGAL
Assistant United States Attorney


INDICTMENT                                          4

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1343 (Wire Fraud)

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years' imprisonment; $250,000 fine; 3 years of supervised release; $100 special assessment; forfeiture.

### DEFENDANT - U.S

▶ Odemwingie Egonmwan

DISTRICT COURT NUMBER

CR22-00001 SI

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

SA Welton Pollard

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    STEPHANIE M. HINDS

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    ANKUR SHINGAL

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Recognizance

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
Jan 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments: